# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**JOSHUA THOMAS ALVAREZ,**

                    **Petitioner,**

v.                                CASE NO. 14-CR-20096-JAR-5
                                CIVIL NO. 18-CV-2449-JAR-JPO

**UNITED STATES OF AMERICA,**

                      **Respondent.**

( )    **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

( x)   **DECISION BY THE COURT.**   This action came before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order Dismissing Petitioner Joshua Alvarez' Motion to Vacate filed in 14-20096-JAR-5 (Doc. 681), Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 539) is hereby **dismissed**.

Petitioner is denied a Certificate of Appealability.

      **IT IS SO ORDERED**

      Dated:    March 22, 2021

                                                TIMOTHY M. O'BRIEN, CLERK

                                                 s/Bonnie Wiest
                                                 **Deputy Clerk**